

File Date: January 5, 2023
Case Number: 23-cr-00002
Judge Kiyo A. Matsumoto

January 4, 2023

**MEMORANDUM**

**BRENNA MAHONEY**
**CLERK OF COURT**
**U.S. CLERK'S OFFICE**
**EASTERN DISTRICT OF NEW YORK**

> **RE: Hennegan, Nicole**
> **DOCKET #: 3:18CR00834-007**
> **REQUEST FOR JUDICIAL**
> **ASSIGNMENT**

Reference is made to the above-named individual who was sentenced on October 25, 2022, by the Honorable Henry M. Herlong, Jr., Senior U.S. District Judge for the District of South Carolina, to time served, a one-year term of supervised release, $100 special assessment fee, and the following special condition of supervision: 1) the defendant must submit to substance abuse testing to determine use of a prohibited substance, and must contribute to the cost of such program. This sentence was imposed following Ms. Hennegan's conviction of Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone, in violation of U.S.C. 21 §841 (a)(1) and §841(b)(1)(C); and U.S.C. 21 §846, a Class C Felony.

Ms. Hennegan commenced her term of supervision in the Eastern District of New York on October 25, 2022, given her residence within our district. On December 9, 2022, the District of South Carolina executed the attached Probation Form 22, authorizing a Transfer of Jurisdiction to the Eastern District of New York. As such, we are respectfully requesting that Ms. Hennegan's case be assigned to a U.S. District Judge in our district.

Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3453.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

2

PREPARED BY: _Julia Beltre Digitally signed by Julia Beltre_____
                Julia F. Beltré
                U.S. Probation Officer


APPROVED BY: _____
                Joanmarie Langone
                Supervisory U. S. Probation Officer